UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRENT J. DENHARTOG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 3:15-CV-347-CCS |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons cited in the Memorandum Opinion filed contemporaneously herewith, the Plaintiff's Motion for Summary Judgment [**Doc. 12**] is **DENIED**, and the Defendant's Motion for Summary Judgment [**Doc. 14**] is **GRANTED.** Accordingly, the Court **DISMISSES** this action and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**IT IS SO ORDERED**.

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge